UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SAMUEL LOPEZ,

                Plaintiff,

                                                                                  24 **CIVIL** 1375 (JLR)

            -against-                                    **DEFAULT JUDGMENT**

2100 2ND AVENUE LLC, and ROBUST
BURGER INC.,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated November 25, 2024, the Court finds that the report and recommendation is comprehensive and clear from error, and therefore adopts Magistrate Judge Netburn's R&R in its entirety. Default judgment is entered in favor of Plaintiff Samuel Lopez.

**DATED**: New York, New York
              November 26, 2024

                                                               **DANIEL ORTIZ**
                                                       **Acting Clerk of Court**

                                                   BY: _____
                                                          **Deputy Clerk**