```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SAMUEL LOPEZ,

                **Plaintiff,**                24-CV-01375 (JLR)(SN)

    -against-                              **ORDER**

2100 2ND AVE LLC, et al.,

                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On November 26, 2024, the Court issued a scheduling order for a damages inquest. ECF No. 39. The Court directed Plaintiff to file Proposed Findings of Fact and Conclusions of Law within 30 days. Id. Additionally, Plaintiff was directed to serve his filing and a copy of the damages inquest order to the four previously served addresses for the Defendants. Id. On December 27, 2024, Plaintiff filed Proposed Findings of Fact and Conclusions, as well as a certificate of service. ECF No. 41. The certificate of service identifies service by mail on only two addresses for Defendants, one of which is not one of the four previously served addresses.

      Plaintiff is ORDERED to serve his Proposed Findings of Fact and Conclusions and a copy of this Order on Defendants at the following addresses: (1) Houcine Zaari, 405 E. 92nd Street, #24F, New York, N.Y. 10128; (2) 2100 2nd Ave LLC, 740 Broadway, 2nd Floor, New York, N.Y. 10003; (3) Robust Shawarma, 2102 2nd Avenue, New York, N.Y. 10029; and (4) 2100 2nd Avenue, New York, NY 10029. Plaintiff is also directed file a certificate of service on the docket.

Defendants are granted 14 days from service to respond. Failure to respond will result in the matter being deemed fully briefed unopposed.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   January 28, 2025
         New York, New York