```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SAMUEL LOPEZ,

                Plaintiff,

     -against-

2100 2ND AVE LLC, et al.,

                Defendants.

------------------------------------------------------------X

24-CV-01375 (JLR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        On January 28, 2025, the Court ordered Plaintiff to serve his Proposed Findings of Fact and Conclusions of Law on Defendants at the following addresses: (1) Houcine Zaari, 405 E. 92nd Street, #24F, New York, N.Y. 10128; (2) 2100 2nd Ave LLC, 740 Broadway, 2nd Floor, New York, N.Y. 10003; (3) Robust Shawarma, 2102 2nd Avenue, New York, N.Y. 10029; and (4) 2100 2nd Avenue, New York, NY 10029. ECF No. 42. Plaintiff filed a Certificate of Service indicating that he served Robust Burger Inc. and 2100 2nd Ave LLC at (1) 2100 2nd Avenue, New York, NY 10029; and (2) 19 Orchard Street, #4B, New York, NY 10002. ECF No. 43

        By February 6, 2025, Plaintiff is ordered to file a letter explaining (1) why he did not serve Defendants at the four addresses listed in the January 28, 2025 Order, and (2) the relevance of serving his filing to 19 Orchard Street, #4B, New York, NY 10002.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:     February 4, 2025
              New York, New York