**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SAMUEL LOPEZ,

                      Plaintiff,                24 **CIVIL** 1375 (JLR)(SN)

      -against-                        **JUDGMENT**

2100 2ND AVE LLC, et al.,

                     Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated January 6, 2026, the Report and Recommendation is ADOPTED in its entirety. Judgment is entered in favor of Plaintiff against Defendants with respect to the entrance of the restaurant and not the service counter or window front dining counter. The Court has further granted the following injunction against the Defendants: Defendants must (i) submit to Plaintiff's counsel, within 90 days of the Court's entry of judgment, an architectural plan that remedies the Restaurant's entrance barriers; (ii) allow Plaintiff 30 days from receipt of the plan to either consent or seek further relief from the Court; and (iii) make the necessary alterations within 60 days of Plaintiff's consent or any ruling on Plaintiff's request for further relief. Finally, the Court has awarded Plaintiff $5,787.50 in attorneys' fees and $402 in costs; accordingly, the case is closed.

**Dated:**  New York, New York
       January 7, 2026

                                **TAMMI M. HELLWIG**

                                 _____
                                    **Clerk of Court**

          **BY:**               K. mango

                                  _____
                                    **Deputy Clerk**